Samuel S. Lamb, Sr., *et al.,* Appellants, v. The County of Manatee *et al.,* Appellees.

### Division A.

Appeal from the Circuit Court, Manatee county; J. B. Wall, Judge.

Langley & Singeltary for appellants.

C. C. Whitaker for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*